1  Nossaman LLP
   John T. Kennedy (CA137738)
2  jkennedy@nossaman.com
   Robert S. McWhorter (CA226186)
3  rmcwhorter@nossaman.com
   915 L Street, Suite 1000
4  Sacramento, CA 95814
   Telephone:  916.442.8888
5  Facsimile:  916.442.0382

6
   Attorney for Defendant
7  FEDERAL DEPOSIT INSURANCE CORPORATION
   As Receiver for IndyMac Bank, F.S.B.
8

9

10

11                      IN THE UNITED STATES DISTRICT COURT

12                     FOR THE EASTERN DISTRICT OF CALIFORNIA

13

| | |
|---|---|
| DAVID HARTGRAVES,<br><br>        Plaintiff,<br><br>   vs.<br><br>INDYMAC BANK; NDEx West, LLC, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC and DOES 1-50, Inclusive,<br><br>        Defendant. | Case No:     2:09-CV-01713-LKK-EFB<br><br>**ORDER ON STIPULATION TO FILE FIRST AMENDED COMPLAINT**<br><br>(San Joaquin Superior Court Case No: 39-2009-00206934-CU-BC-STK)<br><br>Judge:  Hon. Lawrence K. Karlton |

FDIC_IndyMac-Hartgraves (1713N)-Order re Stipulation to File First Amended Complaint.doc
ORDER ON STIPULATION TO FILE FIRST AMENDED COMPLAINT
PDF created with pdfFactory trial version www.pdffactory.com

1 | This matter came before this Court on the Stipulation of the Federal Deposit Insurance
2 | Corporation ("FDIC"), as receiver of Defendant IndyMac Federal Bank, FSB; Defendant NDEx West,
3 | LLC; and Plaintiff, David Hartgraves ("Plaintiff").  The Court hereby finds good cause to this Order.
4 | **NOW, THEREFORE, IT IS HEREBY ORDERED** that the Stipulation is approved.
5 | 1.	Plaintiff shall file a First Amended Complaint in this matter by July 13, 2009.
6 | 2.	Defendants FDIC and NDEx shall have until August 13, 2009, to file an answer or other
7 | responsive pleading to the First Amended Complaint.
8 |
9 | Date:   July 8, 2009.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com