Nossaman LLP
John T. Kennedy (CA137738)
jkennedy@nossaman.com
Robert S. McWhorter (CA226186)
rmcwhorter@nossaman.com
915 L Street, Suite 1000
Sacramento, CA 95814
Telephone: 916.442.8888
Facsimile: 916.442.0382

Attorney for Defendant
FEDERAL DEPOSIT INSURANCE CORPORATION
as Receiver for IndyMac Bank, F.S.B.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HARTGRAVES,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>INDYMAC BANK; NDEx West, LLC, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC, FDIC, as receiver for IndyMac Bank, F.S.B., ONEWEST BANK, and DOES 1-50, Inclusive,<br><br>　　　　Defendants. | Case No: 2:09-cv-01713-LKK-EFB<br><br>**ORDER STAYING CASE PENDING COMPLETION OF ADMINISTRATIVE CLAIMS PROCESS** |

　　　This matter came before this Court on the Stipulation Staying Case (the "Stipulation") between the Federal Deposit Insurance Corporation ("FDIC-R"), as Receiver of Defendant IndyMac Bank, F.S.B., NDEx West, LLC, and Plaintiff, David Hartgraves ("Plaintiff"). Plaintiff represents that he has filed an administrative claim with the FDIC-R relating to this case. This Court finds that good cause exists to enter this Order.

PDF created with pdfFactory trial version www.pdffactory.com

**IT IS HEREBY ORDERED THAT:**

1. The Stipulation is hereby approved. This case is hereby stayed until the administrative process, proscribed by 12 U.S.C. § 1821(d)(3) - (d)(13), has been completed. Counsel for the FDIC-R shall notify the Court when the administrative process has been completed. Should the administrative process not be completed within 180 days, counsel for the FDIC-R shall so advise the court and provide a status report.

2. The initial status conference scheduled for September 14, 2009, at 2:30 p.m., is hereby vacated. The FDIC-R and NDEx West, LLC shall not need to file an answer or other responsive pleading to the First Amended Complaint at this time. Upon notification by counsel for the FDIC-R that the administrative process proscribed by 12 U.S.C. § 1821(d)(3) - (d)(13) has been completed, this Court will schedule an initial status conference to, among other things, set the deadlines for Defendants to file an answer or other responsive pleading to the First Amended Complaint.

Date: August 13, 2009

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com