Jonathan G. Stein, SBN 224609
Law Offices of Jonathan G. Stein
5050 Laguna Blvd, Suite 112-325
Elk Grove, CA 95758
Attorney for Plaintiff DAVID HARTGRAVES, CATHY HARTGRAVES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HARTGRAVES, CATHY HARTGRAVES<br><br>Plaintiff,<br><br>v.<br><br>INDYMAC BANK; FDIC as Received for IndyMac Bank, F.S.B, AND ONE WEST; NDEx West, LLC, ONE WEST BANK, and DOES 1-50, Inclusive,<br><br>Defendants. | Case No. 2:09-cv-01713<br><br>**ORDER GRANTING VOLUNTARY DISMISSAL** |

## ORDER

Having read the foregoing Voluntary Dismissal, Without Prejudice, Of This Entire Lawsuit, and such other pleadings and papers deemed appropriate by the Court, and GOOD CAUSE appearing therefor, the Court ORDERS as follows:

1. This lawsuit is hereby dismissed, in its entirety, without prejudice.
2. It is so ordered.

DATED: November 2, 2011

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT